ACCEPTED
14-14-00633-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 2:33:09 PM
CHRISTOPHER PRINE
CLERK

**Appellate Docket Number: 14-14-00633-CR**

**Appellate Case Style:  Curtis James Simond vs. The State of Texas**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 2:33:09 PM
CHRISTOPHER A. PRINE
Clerk

**DOCKETING STATEMENT (CRIMINAL)**
**Fourteenth Court of Appeals**
**[to be filed in the court of appeals upon perfection of appeal**
**under TRAP 32]**

**I.       Parties (TRAP 32.2(a)):**

| Appellant (or Appellee, if State is appealing): | Co-defendant(s): |
|---|---|
| **Curtis James Simond**<br><br>(*See* note at bottom of page) | |
| Trial Attorney:<br><br>**Mr. Joseph Varela**<br><br><br>Appointed ■      Retained ☐ | Appellate Attorney:<br><br>**Mr. Allen C. Isbell**<br><br><br>Appointed ■      Retained   ☐<br><br>If appointed, was a hearing on indigency held?<br>Yes ☐              No ☐ |
| Address:<br><br>**2500 E. T C Jester Blvd., Ste. 247**<br>**Houston, Texas 77008-6579** | Address:<br><br>**202 Travis, Ste. 208**<br>**Houston, TX 77002** |
| Telephone: **713-957-0440** | Telephone: **713-236-1000** |
| Telecopy: | Telecopy:  **713-236-1809** |
| SBN: **20496400** | SBN: **10431500** |

If not represented by counsel, provide appellant's (appellee's, if State is appealing) address, telephone number, and telecopy number.

| II. | Perfection Of Appeal, Judgment And Sentencing (TRAP 32.2(b), (d), (f), (g), (h), (i), (j), (k)): |
|---|---|

| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:<br><br>**July 30, 2013**<br><br>(Attach a signed copy, if possible) | Date notice of appeal filed in trial court:<br><br>**July 30, 2014**<br><br>(Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing) |
|---|---|
| Offense charged:<br><br>**Aggravated Assault of a Family Member**<br><br>Date of offense:<br><br>**October 17, 2013**<br><br>Defendant's plea:<br><br>**Not Guilty**<br><br>If guilty, does Defendant have the trial court's permission to appeal?<br><br>  Yes ☐    No ☐<br><br>Was the trial jury or nonjury?<br><br>  Guilt or innocence phase:<br><br>    Jury ☐    Nonjury ☐<br><br>  Punishment phase:<br><br>    Jury ☐    Nonjury ☐ | Punishment assessed:<br><br>**11 yrs./TDCJ**<br><br>Is the appeal from a pretrial order?<br><br>  Yes ☐    No ☐<br><br>If yes, please specify.<br><br><br>Does the appeal involve the validity of a statute, rule or ordinance? **Unknown.**<br><br>  Yes ☐    No ☐<br><br>If yes, please specify.<br><br><br>Will you challenge this Court's jurisdiction? If yes, explain. **No.** |

| III. | Actions Extending Time To Perfect Appeal (TRAP 32.2(e)): | | |
|---|---|---|---|
| **Action** | **Filed**<br>**Check as appropriate** | | **Date Filed** |
| Motion for New Trial | No ☐ | Yes ☐ | |
| Motion in Arrest of Judgment | No ☐ | Yes ☐ | |
| Other (specify): | No ☐ | Yes ☐ | |

**IV. Indigency Of Party (TRAP 32.2(n)):** (Attach file-stamped copy of motion and affidavit)

| Event | Filed Check as appropriate | | Date | N/A |
|---|---|---|---|---|
| Motion and affidavit filed | No ☐ | Yes ■ | | |
| Date of hearing: | | | | |
| Date of order: | | | | |
| Ruling on motion:<br>Granted ■   Denied ☐ | | | | |

**V. Trial Court And Record (TRAP 32.2(c), (l), (m)):**

| Court:<br><br>**337ᵗʰ District Court** | County:<br><br>**Harris County, Texas** | Trial Court Docket Number (Cause No.):<br><br>**1405231** |
|---|---|---|

| Trial Judge (who tried or disposed of case):<br><br>**Honorable Renee Magee**<br><br>Telephone Number: **713-755-7746**<br>(include area code)<br><br>Telecopy Number:<br>(include area code)<br>Address:<br><br>**337ᵗʰ District Court**<br>**1201 Franklin, 15ᵗʰ Fl.**<br>**Houston, Texas 77002** | Court Clerk (district clerk):<br><br>**Mr. Chris Daniel, District Clerk**<br>Telephone Number: **713-755-7300**<br>(include area code)<br><br>Telecopy Number:<br>(include area code)<br>Address:<br><br>**Appellate Division**<br>**P.O. Box 4651**<br>**Houston, TX 77210** |
|---|---|

| Clerk's Record<br><br><br>Yes  ■ | Will request  ☐<br><br>(Note: No request required under TRAP 34.5(a), (b)) | Was requested on:<br><br>**01/06/15** |
|---|---|---|

| Court Reporter or Court Recorder: | Court Reporter or Court Recorder: |
|---|---|
| **Mary Ann Rodriguez** | **Lindsay Arredondo** |
| Telephone Number: **713-755-7746** (include area code) | Telephone Number: (include area code) |
| Telecopy Number: (include area code) | Telecopy Number: (include area code) |
| Address: | Address: |
| **337th District Court** **1201 Franklin, 15th Fl.** **Houston, Texas 77002** | |

(Attach additional sheet if necessary for additional court reporters/recorders)

| Length of trial (approximate): | State arrangements made for payment of court reporter/recorder: | | |
|---|---|---|---|
| Reporter's or Recorder's Record (check if electronic recording ☐) | None ☐ | Will request ☐ | Was requested on: **01/06/15** |

**VI.**     **Related Matters:** List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

**VII.**     Any other information requested by the court (see attachments, if any).

**VIII.**     **Signature:**

/s/ Allen C. Isbell                                    Date: January 6, 2015
Signature of counsel
(or pro se party)                                      State Bar No.: 10431500

Printed Name: Allen C. Isbell

**IX.**    **Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on this 6th day of January, 2015.

                                        /s/ Allen C. Isbell
                                        Signature

(TRAP 9.5(e) requirements stated below; use additional sheets, if necessary)

**Note:**   **Certificate of Service Requirements (TRAP 9.5(e)):** A certificate of service must be signed by the person who made the service and must state:

(1)    the date and manner of service;
(2)    the name and address of each person served; and
(3)    if the person served is a party's attorney, the name of the party represented by that attorney.